◼ In the Matter of DILSIA PENA et al., Appellants, and ROBERT JACKSON, as Councilman, et al., Intervenors-Appellants, v VICTOR ROBLES, as City Clerk of the City of New York, et al., Respondents, and JOEL KLEIN, as Chancellor of the New York City Department of Education, Intervenor-Respondent. [836 NYS2d 870]—Appeal from order, Supreme Court, New York County (Lewis Bart Stone, J.), entered on or about June 6, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Andrias, Friedman, Marlow and Gonzalez, JJ. [*See* 12 Misc 3d 1163(A), 2006 NY Slip Op 51020(U).]